JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWARD JEFFERS,                    )   Case No. CV 12-6844-SP
                 Plaintiff,        )
                                   )   **JUDGMENT**
          v.                       )
                                   )
CAROLYN W. COLVIN, Acting          )
Commissioner of Social Security    )
Administration,                    )
                                   )
                 Defendant.        )
_____ )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: May 21, 2013

_____
SHERI PYM
United States Magistrate Judge